154 So.2d 767

**Lester F. ALEXANDER, Jr.**

v.

**Joseph D. LINDSAY et al.**

No. 46809.

June 28, 1963.

In re: Joseph D. Lindsay et al. applying for certiorari or writ of review to the Court of Appeal, Fourth Circuit, Parish of Orleans. 152 So.2d 261.

Writ refused. On the facts found by the Court of Appeal, there is no error of law in its judgment.

154 So.2d 767

**Succession of Jourdan Powell HINSON.**

No. 46810.

June 28, 1963.

In re: Floyd Hinson applying for certiorari, or writ of review, to the Court of Appeal, Fourth Circuit, Parish of Orleans. 152 So.2d 260.

Writ refused. We find no error of law in the judgment complained of.